**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**EDMUND BROWN, JR.**                                                                       **PETITIONER**

**V.**                                          **NO. 4:17-CV-4-DMB-RP**

**SUPERINTENDENT LEE, and
ATTORNEY GENERAL OF THE STATE
OF MISSISSIPPI**                                                             **RESPONDENTS**

## **FINAL JUDGMENT**

In accordance with the Order entered this day, Edmund Brown, Jr.'s petition for a writ of habeas corpus is **DENIED**.

**SO ORDERED**, this 29th day of May, 2020.

                                                          **/s/Debra M. Brown
                                                          UNITED STATES DISTRICT JUDGE**